# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Corey Gaitwood, | Civil No. 09-3217 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| Hellmuth & Johnson, PLLC, | |
| Defendant. | |

___

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 10, 2010

                                                 s/Richard H. Kyle  
                                               RICHARD H. KYLE  
                                               United States District Judge